Form Number LR 3015-1 A (12/15)

# FIRST AMENDED CHAPTER 13 PLAN

Case No.: **16-05126**

Debtor(s): **Jermaine Stewart, Sr.**  SS#: **xxx-xx-2314**  Net Monthly Earnings: **1,223.00**

SS#:  Number of Dependents: **3**

1. Plan Payments:
   ( ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **Birmingham Water Works, 3600 1st Ave N, Birmingham, AL 35222** for
   $ **564.38** ☐ weekly ☑ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **73,380.00**.
   ☐ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NONE | | | |

   B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **1,754.00** to be paid at confirmation and $ **877.00** per month until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Specialized Loan Service | $71,953.00 | ☐ by Trustee ☑ by Debtor $684.00 | JANUARY 2017 | $0.00 | 0 | 0.00% | $0.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| America's First Federal Credit Union | $214.00 | $25,306.00 | $21,350.00 | $0.00 | 2008 LEXUS LS460 (910 claim) | 5.00% | $525.00 | JULY 2017 |
| America's First Federal Credit Union | $53.00 | $5,736.00 | $5,295.00 | $0.00 | 2013 KAWASAKI MULE (910 claim) | 5.00% | $119.00 | JULY 2017 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions (check all applicable boxes):
   ☐ This is an original plan.
   ☑ This is an amended plan replacing plan dated **December 12, 2016**.
   ☑ This plan proposes to pay unsecured creditors **100** %.
   ☑ Other Provisions: **1.) ATTORNEY'S FEES FOR THE DEBTORS SHALL BE PAID WITH MONTHLY FIXED PAYMENTS PURSUANT TO ADMINISTRATIVE ORDER 11-01. 2.) DEBTOR(S) WILL CONTINUE TO PAY PRE & POST PETITION SERVICE DEBT WITH ALL UTILITY PROVIDERS IN THE ORDINARY COURSE OF BUSINESS IN LIEU OF POSTING A DEPOSIT AS ADEQUATE ASSURANCE OF FUTURE PAYMENT UNDER SECTION 366 OF THE U.S. BANKRUPTCY CODE. DEBTOR(S) ACKNOWLEDGES AND AGREES THAT THE AUTOMATIC STAY DOES NOT BAR A UTILITY COMPANY'S EFFORTS TO COLLECT PRE PETITION AND POST PETITION UTILITY SERVICE DEBT. 3.) THE POST-PETITION/PRE CONFIRMATION ADEQUATE PROTECTION PAYMENTS SHALL BE PAID BY THE CHAPTER 13 TRUSTEE AS SET OUT IN SECTION (2) ABOVE. 4.) HOLDERS OF FILED AND ALLOWED NON PRIORITY UNSECURED CLAIMS SHALL RECEIVE A PRO RATA SHARE (POT PLAN) OF $5,295.00 THROUGH THE DISTRIBUTION OF THE DEBTOR'S CHAPTER 13 PLAN. 5.) DEBTOR SURRENDERS THE TIMESHARE TO WYNDHAM RESORTS.**

Attorney for Debtor Name/Address/Telephone #  Dated: **December 14, 2016**  **/s/ Jermaine Stewart, Sr.**

**/s/ David G. Poston**
**David G. Poston ASB-8157-T55D**  **Jermaine Stewart, Sr.**
**PO Box 311167**  Signature of Debtor
**Enterprise, AL 36331**
**Email: brockstout@enter.twcbc.com**
Telephone #  **(334) 393-4357**
 **Fax: (334) 393-0026**

# CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 14th day of December 2016, I served a true and correct copy of the following by immediate electronic service upon C. David Cottingham, Acting Chapter 13 Trustee, (ctmail@ch13bham.com). A copy of same was served by US Postal Service Postage prepaid and properly addressed upon all parties listed on the attached creditors matrix.

                                                    */s/ David G. Poston*
                                                    **DAVID G. POSTON**

```
Label Matrix for local noticing          U. S. Bankruptcy Court                  APCO Employees Credit Union
1126-2                                    Robert S. Vance Federal Building        1608 7th Ave N
Case 16-05126-DSC13                       1800 5th Avenue North                   Birmingham, AL 35203-1987
NORTHERN DISTRICT OF ALABAMA              Birmingham, AL 35203-2111
Birmingham
Wed Dec 14 17:18:42 CST 2016

America's First Federal Credit Union      Best Buy / CBNA                         Capital One
PO Box 11349                              PO Box 6497                             PO Box 30253
Birmingham, AL 35202-1349                 Sioux Falls, SD 57117-6497              Salt Lake City, UT 84130-0253


Capital One                               Chase Card USA                          Club Wyndham
PO Box 30281                              PO Box 15298                            PO Box 98940
Salt Lake City, UT 84130-0281             Wilmington, DE 19850-5298               Las Vegas, NV 89193-8940


Comenity Bank/Zale                        IC Systems                              Internal Revenue Service
Bankruptcy Dept                           444 Highway 96 E                        PO Box 7346
PO Box 182125                             Saint Paul, MN 55127-2557               Philadelphia, PA 19101-7346
Columbus, OH 43218-2125


JT Smallwood, Tax Collector               Key, Greer, Harrison, & Casey           Mutual Savings Credit Union
RM 160 Courthouse                         2163 Highway 31 S                       PO Box 362045
716 Richard Arrington Jr. Blvd N          Pelham, AL 35124-1199                   Birmingham, AL 35236-2045
Birmingham, AL 35203-0133


Specialized Loan Service                  State of Alabama Dept of Revenue        Synchrony Bank / Belk
8742 Lucent Blvd, Ste 300                 Legal Division                          ATTN: Bankruptcy Dept
Littleton, CO 80129-2386                  PO Box 320001                           PO Box 965060
                                          Montgomery, AL 36132-0001               Orlando, FL 32896-5060


Synchrony Bank / Sam's Club               Synchrony Bank/ HH Gregg                TD Auto Finance
ATTN: Bankruptcy Dept                     Attn: Bankruptcy Dept                   2777 Franklin Road
PO Box 965060                             PO Box 965060                           Farmington, MI 48334
Orlando, FL 32896-5060                    Orlando, FL 32896-5060


US Attorney                               (p)US BANK                              Wells Fargo Card Services
1801 4th Ave N                            PO BOX 5229                             ATTN: Bankruptcy Dept
Birmingham, AL 35203-2101                 CINCINNATI OH 45201-5229                PO Box 14517
                                                                                  Des Moines, IA 50306-3517


(p)WYNDHAM CONSUMER FINANCE INC           C. David Cottingham (Acting)            David Poston
P O BOX 97474                             Chapter 13 Standing Trustee             Brock & Stout, LLC
LAS VEGAS NV 89195-0001                   P O Box 10848                           P.O. Drawer 311167
                                          Birmingham, AL 35202-0848               Enterprise, AL 36331-1167


Jermaine Stewart Sr.
1001 11th Avenue
Pleasant Grove, AL 35127-2228
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| US Bank<br>Cb Disputes<br>PO Box 108<br>Saint Louis, MO 63166-0108 | Wyndham Resort<br>10750 W Charleston Blvd Ste 130<br>Las Vegas, NV 89135 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total   27 |